UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

| IN RE:<br>Scott, Byron Desean<br><br>Debtor(s) | Case No. 21-12882-LSS<br><br>Chapter 7 |
|---|---|

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, I served a copy of the foregoing Notice of Trustee's Application for Compensation and Reimbursement of Expenses and Notice of Opportunity to Object, via first class mail, postage prepaid, upon:

**First class mail, postage prepaid**

**Byron Desean Scott**
**8959 Armor Ct.**
**White Plains, MD 2069**

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

All creditors on the attached mailing matrix.

/s/ Janet M. Nesse
Janet M. Nesse