| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 21-12882<br>District of Maryland<br>Greenbelt<br>Wed Feb 19 14:48:03 EST 2025 | Deutsche Bank National Trust Company, as Tru<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | Oliphant Financial, LLC<br>Bass & Associates P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 |
| TowneBank, serviced by LoanCare, LLC<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | US Trustee - Greenbelt 11<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | AmerAssist<br>PO Box 26095<br>Columbus, OH 43226-0095 |
| (p)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3239 | Browne Academy<br>5917 Telegraph Road<br>Alexandria, VA 22310-2298 | Capital One Bank<br>6125 Lakeview Road, Suite 800<br>Charlotte, NC 28269-2605 |
| Castle Self Storage<br>4585 Crain Highway<br>White Plains, MD 20695-3045 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Ethics Integrity Results<br>1806 33rd Street, Suite 180<br>Orlando, FL 32839-8846 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lolita Homer<br>5814 4th Street NW<br>Washington, DC 20011-2131 |
| Malita Mayers<br>8959 Armor Ct.<br>White Plains, MD 20695-4404 | Newbridge Spine and Pain Center<br>196 Thomas Johnson Drive, Suite 215<br>Frederick, MD 21702-4527 | Portfolio Recovery LLC<br>PO Box 12914<br>Norfolk, VA 23541-0914 |
| Pro Co<br>PO Box 2462<br>Aston, PA 19014-0462 | Regional Acceptance Corp.<br>1424 E. Fire Tower Road<br>Tempe, AZ 2858 | Rushmore Service Center<br>PO Box 5508<br>Sioux Falls, SD 57117 |
| Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Taxing Authority of<br>Charles County-Treasurer<br>PO Box 2150<br>La Plata, MD 20646-2150 |
| The Bank of Missouri<br>PO Box 85710<br>Sioux Falls, SD 57118-5710 | Transworld Systems Inc.<br>50 Virginia Drive, Suite 514<br>Fort Washington, PA 19034 | University of Maryland Charles Regional Medi<br>5 Garrett Avenue<br>La Plata, MD 20646-5960 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Virginia Heart<br>2901 Telestar Court, Suite 300<br>Falls Church, VA 22042-1263 | Byron Desean Scott<br>8959 Armor Ct.<br>White Plains, MD 20695-4404 |

```
Janet M. Nesse                    Lolita D. Homer
McNamee Hosea                     c/o Havens & Associates, LLC
6404 Ivy Lane                     2401 Research Boulevard
Ste 820                           Suite 308
Greenbelt, MD 20770-1416          Rockville, MD 20850-6253
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Atlantic Cap BK Self Lender       Comptroller of the Treasury       End of Label Matrix
515 Congress Ave, Suite 2200      Compliance Division, Room 409     Mailable recipients    31
Austin, TX 78701                  301 W. Preston Street             Bypassed recipients     0
                                  Baltimore, MD 21201               Total                  31
```