UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: §
§
Byron Desean Scott § Case No. 21-12882
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/29/2021. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $    30,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 21.89 |
   | Bank service fees | 433.54 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]     $    29,544.57

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/26/2021 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $3,750.00, for a total compensation of $3,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2025                        By: /s/Janet M. Nesse Ch 7
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 21-12882 | LSS | Judge: | Lori S. Simpson | | Trustee Name: | Janet M. Nesse Ch 7 |
| Case Name: | Byron Desean Scott | | | | | Date Filed (f) or Converted (c): | 04/29/2021 (f) |
| | | | | | | 341(a) Meeting Date: | 06/08/2021 |
| For Period Ending: | 02/05/2025 | | | | | Claims Bar Date: | 10/26/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8959 Armor Ct. White Plains MD 20695 Charles County | 461,580.00 | 0.00 | | 0.00 | FA |
| 2. Miscellaneous Household furniture that includes bedroom, living and dining furniture | 500.00 | 0.00 | | 0.00 | FA |
| 3. 55 inch TV, 65 inch TV | 500.00 | 0.00 | | 0.00 | FA |
| 4. Everyday Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Checking account: Navy Federal Credit Union Account No. 0450 | 5,206.93 | 5,206.93 | | 0.00 | FA |
| 6. Savings account: Navy Federal Credit Union Account No. 0761 | 2,219.00 | 2,219.00 | | 0.00 | FA |
| 7. Unscheduled Savings Account (u) | 0.00 | 128,000.00 | | 0.00 | FA |
| 8. Avoidance Action Claims (u) | 0.00 | 10,000.00 | | 30,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $470,305.93 | $145,425.93 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

no Post petition asset; ready to close  - theresamackey 6/20/2024
Possible new asset discovered - theresamackey 10/1/2023
Upon receipt  of order approving 341, case will be closed  - theresamackey 7/15/2023
Mayers case closed; 9019 pending  - theresamackey 7/10/2023
Leaphart case closed  - theresamackey 4/19/2023
Mayers Adversary case pending  - theresamackey 4/10/2023
Adversary case pending Leaphart  - theresamackey 2/24/2023
Suits and discovery filed  - theresamackey 4/14/2022
Trustee is pursuing unscheduled assets and house sale  - theresamackey 7/28/2021

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 07/30/2022       Current Projected Date of Final Report (TFR): 05/31/2025

Exhibit A

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 21-12882 | Trustee Name: Janet M. Nesse Ch 7 |
| Case Name: Byron Desean Scott | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0952 |
| | Checking |
| Taxpayer ID No: XX-XXX8850 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 02/05/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/22/23 | 8 | The Verstanding Law Firm Attorney Trust Account | Settlement Fraudulent Conveyance | 1249-000 | $10,000.00 | | $10,000.00 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.04 | $9,988.96 |
| 04/27/23 | 2001 | Insurance Partners 2950 West Market Street Akron, OH 44333 | 2023 Bond Payment | 2300-000 | | $6.27 | $9,982.69 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.67 | $9,972.02 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.01 | $9,961.01 |
| 06/28/23 | 8 | Malita Mayers 514 Triggerfish Drive Oxon Hill, MD 20745 | Settlement of Adversary Case | 1249-000 | $20,000.00 | | $29,961.01 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.78 | $29,948.23 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.07 | $29,915.16 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.03 | $29,882.13 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.93 | $29,850.20 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.96 | $29,817.24 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.86 | $29,785.38 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals:  $30,000.00  $214.62

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 21-12882 | Trustee Name: | Janet M. Nesse Ch 7 |
|---|---|---|---|
| Case Name: | Byron Desean Scott | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0952 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8850 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 02/05/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.89 | $29,752.49 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.85 | $29,719.64 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.70 | $29,688.94 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.78 | $29,656.16 |
| 04/02/24 | 2002 | SelbertKecsur Insurance Partners 26865 Center Ridge Road Westlake, OH 44145 | Bond Payment 2024 | 2300-000 | | $15.62 | $29,640.54 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.68 | $29,608.86 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.69 | $29,576.17 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.60 | $29,544.57 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $455.43 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $455.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $455.43 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:  $0.00   $240.81

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0952 - Checking | $30,000.00 | $455.43 | $29,544.57 |
|  | $30,000.00 | $455.43 | $29,544.57 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-12882  
Debtor Name: Byron Desean Scott  
Claims Bar Date: 10/26/2021  
Date: February 5, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Janet M. Nesse<br>MCNAMEE HOSEA<br>6404 IVY LANE<br>STE 820<br>GREENBELT, MD 20770 | Administrative | | $0.00 | $3,750.00 | $3,750.00 |
| 100 2200 | Janet M. Nesse<br>MCNAMEE HOSEA<br>6404 IVY LANE<br>STE 820<br>GREENBELT, MD 20770 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3110 | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | Administrative | | $0.00 | $10,000.00 | $10,000.00 |
| 100 3120 | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | Administrative | | $0.00 | $3,059.52 | $3,059.52 |
| 1 300 7100 | Lolita Homer<br>5814 4Th Street Nw<br>Washington, Dc 20011 | Unsecured | | $0.00 | $225,131.37 | $225,131.37 |
| 2 300 7100 | Lvnv Funding, Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $908.36 | $908.36 |
| 3 300 7100 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Unsecured | | $0.00 | $21,423.00 | $21,423.00 |
| 4 300 7100 | Verizon<br>By American Infosource As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Unsecured | | $0.00 | $245.57 | $245.57 |
| | Case Totals | | | $0.00 | $264,517.82 | $264,517.82 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1  
Printed: February 5, 2025

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-12882
Case Name: Byron Desean Scott
Trustee Name: Janet M. Nesse Ch 7

Balance on hand $ 29,544.57

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Janet M. Nesse | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Attorney for Trustee Fees: McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Attorney for Trustee Expenses: McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | $ 3,059.52 | $ 0.00 | $ 3,059.52 |

Total to be paid for chapter 7 administrative expenses    $    16,809.52

Remaining Balance    $    12,735.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $247,708.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lolita Homer | $ 225,131.37 | $ 0.00 | $ 11,574.34 |
| 2 | Lvnv Funding, Llc | $ 908.36 | $ 0.00 | $ 46.70 |
| 3 | Comptroller of the Treasury | $ 21,423.00 | $ 0.00 | $ 1,101.39 |
| 4 | Verizon | $ 245.57 | $ 0.00 | $ 12.62 |

Total to be paid to timely general unsecured creditors     $ 12,735.05

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE