UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br>SCOTT, BYRON DESEAN<br><br><br>Debtor(s) | Case No. 21-12882-LSS<br><br>CHAPTER 7 |

**TRUSTEE'S NOTICE OF TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND NOTICE OF OPPORTUNITY TO OBJECT**

  **PLEASE TAKE NOTICE** that Janet M. Nesse, Chapter 7 Trustee in the instant case ("Trustee") has filed an Application for Compensation and Reimbursement of Expenses ("Application"). The Application seeks fees for the Trustee in the amount of $3,750.00 and expenses in the amount of $0.00. A copy of the Application will be mailed to any party who requests one from the undersigned.

  **PLEASE TAKE NOTICE** that if you intend to object to the Application, you must, **within 24 days** after the mailing of this notice, file and serve a written objection to the Application together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD, 20770 and served (by delivery or by mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

  **IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Dated: February 19, 2025          Respectfully submitted,

                  /s/ Janet M. Nesse
                  Janet M. Nesse, Bar No. 07804
                  McNamee Hosea, et al.
                  6411 Ivy Lane, Suite 200
                  Greenbelt, MD 20770
                  (301) 441-2420
                  jnesse@mhlawyers.com

                  *Counsel for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

       I hereby certify that on February 19, 2025, I served a copy of the foregoing Notice of Trustee's Application for Compensation and Reimbursement of Expenses and Notice of Opportunity to Object, via first class mail, postage prepaid, upon:

**First class mail, postage prepaid**

**Byron Desean Scott**
**8959 Armor Ct.**
**White Plains, MD 2069**

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

All creditors on the attached mailing matrix.

                                            /s/ Janet M. Nesse
                                            Janet M. Nesse