

McNamee Hosea
6404 Ivy Lane, Suite 820     O 301.441.2420
Greenbelt, Maryland 20770    F 301.982.9450

mhlawyers.com

Janet M. Nesse                                           Statement as of: August 03, 2023
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770                                      Statement No. 332628

Matter ID: 16898-0348
Scott, Byron Desean

**Professional Fees**                                                         Hours        Amount

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/26/2021 | DTP | Review of debtor's bank statements and bankruptcy filings [Byron Desean Scott] | 1.00 | 325.00 |
| 7/26/2021 | DTP | Draft Rule 2004 examination motion | 1.00 | 325.00 |
| 7/26/2021 | JMN | Review title, etc. | 1.00 | 500.00 |
| 7/26/2021 | JMN | Emails to debtor's counsel and outline 2004 exam. | 1.00 | 500.00 |
| 7/26/2021 | JPF | Review Byron Scott filing and lawsuit and bank statements and confer with J. Nesse regarding same. | 0.60 | 195.00 |
| 7/27/2021 | DTP | Draft motion for rule 2004 examination | 2.10 | 682.50 |
| 7/27/2021 | DTP | Draft motion to extend time for 727 objection | 0.70 | 227.50 |
| 7/28/2021 | DTP | Draft motion to employ counsel | 0.50 | 162.50 |
| 7/28/2021 | DTP | Draft order and verified statement for motion to employ counsel | 0.20 | 65.00 |
| 7/28/2021 | KOC | Format notice and file the notice of assets. NO CHARGE | 0.20 | 0.00 |
| 7/29/2021 | DTP | Review and revise motions for 2004 examination, to extend time to object to discharge, and objection to exemption | 0.50 | 162.50 |
| 7/29/2021 | JPF | Confer with Nesse regarding exemptions issue. | 0.10 | 32.50 |
| 7/30/2021 | DTP | Review and edit motions for 2004 examination, to extend time to object to discharge, and objection to exemptions | 1.10 | 357.50 |
| 7/30/2021 | JMN | Review final pleading on motion. | 0.40 | 200.00 |
| 7/30/2021 | TAM | Prepare, edit, file and mail App to Retain MH. NO CHARGE | 1.50 | 0.00 |
| 8/2/2021 | JPF | Revise and file and e-mail 2004 motion, motion to extend, and objection to exemptions. | 0.90 | 292.50 |
| 8/4/2021 | JMN | Follow up UST. NO CHARGE | 0.20 | 0.00 |
| 8/23/2021 | TAM | Make arragements for deposition. NO CHARGE | 0.40 | 0.00 |
| 8/25/2021 | JPF | Calls to Sweeney and Kohen regarding deposition and reschedule same. NO CHARGE | 0.50 | 0.00 |
| 8/26/2021 | JPF | E-mails regarding deposition. | 0.10 | 32.50 |
| 8/27/2021 | JPF | E-mails regarding deposition, | 0.10 | 32.50 |
| 8/30/2021 | JPF | E-mails regarding deposition. | 0.10 | 32.50 |
| 8/31/2021 | JPF | Call and e-mail J. Sweeting regarding Scott deposition. | 0.20 | 65.00 |
| 8/31/2021 | TAM | Emails with Planet Depo re: rescheduling deposition. | 0.30 | 37.50 |



McNamee Hosea
6404 Ivy Lane, Suite 820      O 301.441.2420
Greenbelt, Maryland 20770    F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/1/2021 | JPF | E-mails and calls to set up deposition. | 0.20 | 65.00 |
| 9/2/2021 | JMN | Review information for deposition. | 0.50 | 250.00 |
| 9/3/2021 | DTP | Prepare documents for deposition. NO CHARGE | 0.70 | 0.00 |
| 9/7/2021 | JMN | Outline documents for depostions. | 0.20 | 100.00 |
| 9/7/2021 | JPF | E-mails regarding deposition, review documents sent. | 0.20 | 65.00 |
| 9/8/2021 | DTP | Prepare documents for deposition | 1.30 | 422.50 |
| 9/8/2021 | JPF | E-mails to prepare for deposition. | 0.30 | 97.50 |
| 9/8/2021 | TAM | Prepare exhibits for deposition. | 0.50 | 62.50 |
| 9/9/2021 | DTP | Conduct deposition of debtor. NO CHARGE | 3.30 | 0.00 |
| 9/9/2021 | JMN | Prepare and attend depositon. | 4.30 | 2150.00 |
| 9/9/2021 | JMN | Call with UST re: deposition. | 0.20 | 100.00 |
| 9/9/2021 | JMN | Research on Trac Leaphardt. | 0.80 | 400.00 |
| 9/9/2021 | JPF | Confer with Nesse after deposition. | 0.20 | 65.00 |
| 9/13/2021 | DTP | Draft 2004 motion for examination for Traci Leaphart | 1.50 | 487.50 |
| 9/13/2021 | DTP | Draft 727 complaint. NO CHARGE | 0.50 | 0.00 |
| 9/15/2021 | DTP | Review and revise 2004 motion for examination of Traci Leaphart | 0.40 | 130.00 |
| 9/20/2021 | DTP | Review and edit 2004 motion for examination of Traci Leaphart | 0.60 | 195.00 |
| 9/29/2021 | JMN | Finalize Leaphart 2004 motion. | 0.40 | 200.00 |
| 9/30/2021 | TAM | Edit, file and mail Motion for 2004 Exam. | 1.00 | 125.00 |
| 10/6/2021 | TAM | Speak to Trustee re: Amend 2004 Exam. | 0.20 | 25.00 |
| 10/11/2021 | TAM | Speak to Trustee re: deposition. | 0.20 | 25.00 |
| 10/12/2021 | JMN | Refiew depo transcript, outline questions for T. Leaphart. | 1.00 | 500.00 |
| 10/21/2021 | JPF | Confer with L. Kohen regarding discharge complaint, review file, and review draft. | 0.40 | 130.00 |
| 10/22/2021 | DTP | Draft subpoena for Traci Leaphart | 0.70 | 227.50 |
| 10/22/2021 | JMN | Work on Leaphart deposition. | 0.60 | 300.00 |
| 10/22/2021 | TAM | Review emails re: deposition and contact Planet Depos re: change of date of deposition of T. Leaphart. NO CHARGE | 0.50 | 0.00 |
| 10/25/2021 | HAL | Emailed Capital Process Services to serve Traci Leaphart Subpoena. NO CHARGE | 0.50 | 0.00 |
| 10/26/2021 | DTP | Revise subpoena for Traci Leaphart to correct property address | 0.40 | 130.00 |
| 10/26/2021 | HAL | Spoke with Captial Process Service on Service Updates on Traci Leaphart. NO CHARGE | 0.50 | 0.00 |
| 10/28/2021 | JMN | Call with agent discussing lease and how to resolve. NO CHARGE | 0.50 | 0.00 |
| 11/1/2021 | JPF | E-mails regarding Leaphart deposition. | 0.20 | 65.00 |
| 11/2/2021 | TAM | Correspond with Planet Depo re: depositon. NO CHARGE | 0.50 | 0.00 |



McNamee Hosea
6404 Ivy Lane, Suite 820   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/5/2021 | TAM | Correspondence with DTP re: deposition. | 0.30 | 37.50 |
| 11/8/2021 | DTP | Draft letter to T. Leaphart requesting documents | 0.30 | 97.50 |
| 11/8/2021 | DTP | Review whether T. Leaphart sent any requested documents in anticipation of deposition | 0.20 | 65.00 |
| 11/9/2021 | DTP | Draft letter to T. Leaphart regarding documents for deposition | 0.40 | 130.00 |
| 11/9/2021 | HAL | Mailed, FedEx, and Email was sent to Traci Leaphart about requesting documents for hearing. NO CHARGE | 0.60 | 0.00 |
| 11/10/2021 | DTP | Call with Traci Leaphart regarding subpoena and documents requested prior to her deposition | 0.50 | 162.50 |
| 11/10/2021 | TAM | Correspondence with DTP re: T. Leaphart availability for deposition. | 0.30 | 37.50 |
| 11/10/2021 | TAM | Correspondence with Planet Depo re: T. Leaphart deposition. NO CHARGE | 0.30 | 0.00 |
| 11/12/2021 | TAM | Correspondence with Planet Depo re: T. Leaphart deposition. NO CHARGE | 0.30 | 0.00 |
| 11/12/2021 | TAM | Correspondence with DTP and JPF re: T. Leaphart deposition. | 0.30 | 37.50 |
| 11/15/2021 | HAL | Spoke to Traci Leaphart about contact information and documents needed for deposition. NO CHARGE | 0.20 | 0.00 |
| 11/16/2021 | DTP | Draft letter to D. Kapson to inquire about debtor's worker's compensation award | 0.70 | 227.50 |
| 11/16/2021 | JPF | E-mail regarding deposition | 0.10 | 32.50 |
| 11/18/2021 | DTP | Draft email to T. Leaphart regarding documents still needed for deposition and information on upcoming deposition | 0.60 | 195.00 |
| 11/24/2021 | DTP | Review of documents sent by T. Leaphart and request missing documents | 0.30 | 97.50 |
| 11/24/2021 | JPF | E-mail regarding deposition. | 0.10 | 32.50 |
| 11/29/2021 | DTP | Prepare documents for deposition | 1.00 | 325.00 |
| 11/29/2021 | JMN | Review deposition documents. | 0.60 | 300.00 |
| 11/29/2021 | JPF | E-mails regarding deposition | 0.20 | 65.00 |
| 11/29/2021 | TAM | Speak to Trustee re: upcoming deposition. NO CHARGE | 0.30 | 0.00 |
| 11/30/2021 | DTP | Attend deposition for Traci Leaphart | 1.20 | 390.00 |
| 11/30/2021 | JPF | Confer with Nesse, Phan regarding deposition. | 0.20 | 65.00 |
| 12/8/2021 | JPF | Call with Grossbart. | 0.20 | 65.00 |
| 12/9/2021 | TAM | Review email regarding continuance of deposition, speak to DTP and Trustee re: the same. | 0.40 | 50.00 |
| 12/21/2021 | DTP | Prepare documents for T. Leaphart deposition | 0.20 | 65.00 |
| 12/21/2021 | DTP | Attend deposition of T. Leaphart | 1.00 | 325.00 |
| 12/21/2021 | JMN | Prepare and conduct depo: analyze and outline claims. | 2.60 | 1300.00 |
| 12/21/2021 | TAM | Correspondence with DTP re: deposition and send link for exhibits. | 0.40 | 50.00 |
| 12/22/2021 | DTP | Draft motion for 2004 examination of Kapson for ChasenBoscolo law firm | 1.50 | 487.50 |



McNamee Hosea
Attorneys & Advisors

McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
O 301.441.2420
F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/4/2022 | DTP | Draft complaint for fraudulent transfer | 0.60 | 195.00 |
| 1/4/2022 | JMN | Outline Leaphart suit. | 0.70 | 350.00 |
| 1/5/2022 | DTP | Draft complaint for fraudulent conveyance against T. Leaphart | 3.40 | 1105.00 |
| 1/7/2022 | DTP | Edit 2004 motion to D. Kapson and file | 0.40 | 130.00 |
| 1/7/2022 | HAL | Mailed out Motion and Order on Rule 2004 for David Kapson to Certificate of Service | 0.30 | 30.00 |
| 1/7/2022 | JMN | Review transcripts. | 0.80 | 400.00 |
| 1/7/2022 | TAM | Edit and file Motion for 2004 Exam of David Kapson. | 0.50 | 62.50 |
| 1/10/2022 | TAM | Review emails re: Traci Leaphart first depositon and email transcript to DTP. | 0.30 | 37.50 |
| 1/25/2022 | JMN | Review documents from workers comp | 0.30 | 150.00 |
| 1/25/2022 | JMN | Outline SDFCU demand and legal approach to daughter, exwife and tenants | 0.80 | 400.00 |
| 1/27/2022 | DTP | Draft motion to withdraw 2004 examination of Kapson | 0.40 | 130.00 |
| 2/2/2022 | JPF | File withdrawal of 2004. | 0.10 | 32.50 |
| 2/21/2022 | JPF | Revise Leaphart complaint. | 0.50 | 162.50 |
| 2/22/2022 | DTP | Review and revise complaint against T. Leaphart following comments from J. Fasano and J. Nesse | 0.70 | 227.50 |
| 2/23/2022 | JMN | Revise the Leaphart complaint. | 0.80 | 400.00 |
| 2/24/2022 | DTP | Draft additional background on transfer and revise following comments from J. Nesse | 1.30 | 422.50 |
| 2/24/2022 | DTP | Conference with H. Leaphart on background search for debtor's ex-wife | 0.10 | 32.50 |
| 2/24/2022 | DTP | Draft motion to sell free and clear Armor Court property | 1.00 | 325.00 |
| 2/24/2022 | JMN | Outline co-owner complaint, motion for turnover of accounts and 2004 exam for Navy Federal. | 0.90 | 450.00 |
| 2/24/2022 | JPF | Finalize Leaphart complaint. | 0.50 | 162.50 |
| 2/25/2022 | JMN | Call with court and amend complaint. | 0.30 | 150.00 |
| 2/25/2022 | JPF | Draft amended complaint [NO CHARGE] | 0.20 | 0.00 |
| 2/28/2022 | JPF | Review summons, dates. | 0.20 | 65.00 |
| 3/1/2022 | DTP | Draft complaint for 363(h) sale | 1.00 | 325.00 |
| 3/1/2022 | DTP | Draft motion and proposed order for turnover of funds | 1.50 | 487.50 |
| 3/1/2022 | DTP | Draft motion and proposed order for 2004 examination of Navy Federal | 1.50 | 487.50 |
| 3/1/2022 | HAL | Researched Deeds between Bryon Scott and Malita Mayers | 1.00 | 100.00 |
| 3/2/2022 | DTP | Draft complaint for 363(h) sale | 0.20 | 65.00 |
| 3/2/2022 | DTP | Draft motion for turnover of funds | 0.50 | 162.50 |
| 3/2/2022 | HAL | Westlaw Edge Search on Malita I Mayers | 0.40 | 40.00 |



McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
O 301.441.2420
F 301.982.9450
mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/3/2022 | DTP | Revise complaint for 363(h) sale following comments from J. Fasano | 0.20 | 65.00 |
| 3/3/2022 | DTP | Revise motion for 2004 examination following comments from J. Fasano | 0.40 | 130.00 |
| 3/3/2022 | DTP | Revise motion for turnover following comments from J. Fasano | 0.30 | 97.50 |
| 3/3/2022 | JMN | Call with debtor's ex-wife and follow up. | 0.70 | 350.00 |
| 3/3/2022 | JPF | Review and approve Mayers complaint, NFCU motion. | 0.50 | 162.50 |
| 3/18/2022 | JMN | Finalize 2004 motion and turnover motions. | 0.70 | 350.00 |
| 3/21/2022 | DTP | Review and revise motion for 2004 examination against navy federal | 1.00 | 325.00 |
| 3/21/2022 | DTP | Revise motion for turnover | 0.30 | 97.50 |
| 3/21/2022 | TAM | Review emails re: complaint and review docket re: same. | 0.40 | 50.00 |
| 4/4/2022 | JMN | Review and finalize motion, draft and amend 363 complaint. | 1.10 | 550.00 |
| 4/5/2022 | DTP | Revise complaint to sell under 363(h) following comments from J. Nesse | 0.40 | 130.00 |
| 4/5/2022 | TAM | Review email from DTP, review docket for pleadings and respond to DTP. | 0.50 | 62.50 |
| 4/5/2022 | TAM | Edit, file and mail Motion for 2004 Exam of Navy Federal Credit Union. | 1.50 | 187.50 |
| 4/5/2022 | TAM | Edit, file and mail Motion for Turnover of Property. | 1.50 | 187.50 |
| 4/7/2022 | JPF | Draft 26(f) report. | 0.30 | 97.50 |
| 4/7/2022 | TAM | Emails with DTP re: complaint. | 0.30 | 37.50 |
| 4/8/2022 | TAM | Edit, finalize and file Scott Complaint. NO CHARGE | 1.00 | 0.00 |
| 4/12/2022 | TAM | Draft, edit, finalize Affidavit of Summons Service and mail complaint and summons. | 1.20 | 150.00 |
| 4/14/2022 | JPF | Finalize and submit 26f report. | 0.10 | 32.50 |
| 4/15/2022 | JPF | Review pretrial notice, e-mail T. Mackey. | 0.20 | 65.00 |
| 5/5/2022 | JPF | Call with Verstandig regarding Leaphart discovery | 0.20 | 65.00 |
| 5/12/2022 | DTP | Draft discovery requests to T. Leaphart | 1.50 | 487.50 |
| 5/12/2022 | JPF | Review motion to continue and order. Calendar same. | 0.10 | 32.50 |
| 5/13/2022 | JPF | Review motion to continue. | 0.10 | 32.50 |
| 6/2/2022 | DTP | Draft discovery requests to T. Leaphart | 1.00 | 325.00 |
| 6/2/2022 | HAL | Reviewed and revised Malita Mayers Scheduling Order to send back to JMN to send to co-party | 0.40 | 40.00 |
| 6/2/2022 | JMN | Email with M. Meyers on scheduling order. | 0.10 | 50.00 |
| 6/2/2022 | JMN | Draft scheduling order. | 0.30 | 150.00 |
| 6/9/2022 | DTP | Review docket for status on motions for 2004 examination | 0.40 | 130.00 |
| 6/9/2022 | DTP | Draft line in adversary proceeding with Malita Mayers regarding scheduling | 0.80 | 260.00 |
| 6/9/2022 | DTP | Draft subpoena to Navy Federal Credit Union | 0.80 | 260.00 |



McNamee Hosea
6404 Ivy Lane, Suite 820   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/9/2022 | DTP | Draft discovery to Malita Mayers | 2.30 | 747.50 |
| 6/9/2022 | DTP | Review and revise line regarding scheduling | 0.10 | 32.50 |
| 6/9/2022 | DTP | Draft discovery to T. Leaphart | 1.00 | 325.00 |
| 6/9/2022 | JMN | Work on scheduling and serving 2004 exam motion. | 0.30 | 150.00 |
| 6/10/2022 | DTP | Draft discovery to T. Leaphart | 1.50 | 487.50 |
| 6/10/2022 | DTP | Draft discovery requests to M. Mayers | 0.50 | 162.50 |
| 6/13/2022 | DTP | Draft discovery documents for M. Mayers | 2.00 | 650.00 |
| 6/13/2022 | DTP | Draft discovery requests for T. Leaphart | 1.00 | 325.00 |
| 6/13/2022 | JMN | Analyze rent issues and lease terms re: sale. | 0.60 | 300.00 |
| 6/15/2022 | DTP | Edit and file line regarding pretrial conference | 0.10 | 32.50 |
| 6/15/2022 | DTP | Draft discovery request to M. Mayers | 5.50 | 1787.50 |
| 6/15/2022 | DTP | Draft discovery requests to T. Leaphart | 0.50 | 162.50 |
| 6/15/2022 | MYT | Prepare and file Line | 0.30 | 30.00 |
| 6/16/2022 | DTP | Draft discovery requests to T. Leaphart | 5.30 | 1722.50 |
| 6/17/2022 | DTP | Draft discovery for T. Leaphart | 1.50 | 487.50 |
| 6/24/2022 | DTP | Review and revise discovery requests to M. Mayers | 1.00 | 325.00 |
| 6/24/2022 | DTP | Review docket for pretrial schedule for M. Mayers | 0.10 | 32.50 |
| 6/30/2022 | DTP | Revise discovery documents to M. Mayers following comments from J. Nesse | 0.50 | 162.50 |
| 7/8/2022 | JPF | Work on discovery requests | 1.00 | 325.00 |
| 7/13/2022 | JMN | Call with court on pretrial. | 0.50 | 250.00 |
| 7/15/2022 | TAM | Emails with DTP re: scheduling order, review docket for dates and calendar discovery response date. | 0.40 | 50.00 |
| 7/27/2022 | JPF | Send RPD's. | 0.20 | 65.00 |
| 8/2/2022 | TAM | Emails with DTP re: discovery from Malita Meyers. | 0.30 | 37.50 |
| 8/2/2022 | TAM | Speak with Trustee re: emails with DTP about discovery and how to proceed. | 0.40 | 50.00 |
| 8/9/2022 | JMN | Analyze defenses and claims regarding settlement with Malita Meyers, correspondence requesting informaton, etc from Malita Meyers. | 1.90 | 950.00 |
| 8/9/2022 | JPF | Review M. Mayer settlement offer | 0.20 | 65.00 |
| 8/10/2022 | JPF | Cofner with Nesse regarding Mayers letter. | 0.30 | 97.50 |
| 8/11/2022 | JMN | Develop and draft demand re: Melita Meyers. | 0.60 | 300.00 |
| 8/19/2022 | JPF | Good faith conference regarding discovery. | 0.20 | 65.00 |
| 8/22/2022 | JMN | Review discovery re: Leaphart. | 0.40 | 200.00 |
| 8/22/2022 | TAM | Review discovery and admissions re: Meyers. | 0.60 | 75.00 |
| 8/25/2022 | JMN | Motion for Summary Judgment, research same. | 0.80 | 400.00 |



McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
O 301.441.2420
F 301.982.9450

mhlawyers.com

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/26/2022 | JPF | Review discovery received. | 0.30 | 97.50 |
| 9/2/2022 | JMN | Call with Frostbutter on sale of property, access and motions. | 0.50 | 250.00 |
| 9/7/2022 | JMN | Review all responses of Meyers and respond. | 0.60 | 300.00 |
| 9/8/2022 | DTP | Draft email to M. Mayers regarding discovery responses | 0.20 | 65.00 |
| 9/8/2022 | DTP | Draft summary judgment against M. Mayers | 3.00 | 975.00 |
| 9/9/2022 | TAM | Emails with DTP re: scheduling order. | 0.30 | 37.50 |
| 9/14/2022 | JMN | Revioew Meyers discovery responses, outline Motion Summary Judgment. | 0.50 | 250.00 |
| 9/14/2022 | TAM | Calendar all dates from scheduling order. | 0.50 | 62.50 |
| 9/14/2022 | TAM | Emails with Axos re: TFR. | 0.20 | 25.00 |
| 9/15/2022 | JPF | Call with M. Verstandig regarding settlement. | 0.50 | 162.50 |
| 9/15/2022 | TAM | Review email from Malita Mayers and answers to discover. | 0.50 | 62.50 |
| 9/16/2022 | DTP | Draft motion for summary judgment against M. Mayers. NO CHARGE | 6.00 | 0.00 |
| 9/19/2022 | DTP | Draft motion for summary judgment against M. Mayers. NO CHARGE | 7.00 | 0.00 |
| 9/20/2022 | DTP | Draft motion for summary judgment against M. Mayers. NO CHARGE | 6.00 | 0.00 |
| 9/20/2022 | JPF | Settlement discussions M. Verstandig. | 0.50 | 162.50 |
| 9/21/2022 | JPF | Call with Verstandig. | 0.20 | 65.00 |
| 9/23/2022 | JMN | Review motion for summary judgment and revise. | 0.70 | 350.00 |
| 9/26/2022 | DTP | Review and revise motion for summary judgment against M. Mayers following comments from J. Nesse | 1.00 | 325.00 |
| 9/27/2022 | DTP | Review and revise motion for summary judgment against M. Mayers following comments from J. Nesse. NO CHARGE | 6.00 | 0.00 |
| 9/28/2022 | DTP | Review and revise motion for summary judgment against M. Mayers following comments from J. Nesse. NO CHARGE | 4.00 | 0.00 |
| 10/3/2022 | TAM | Print and organize exhibits from Malita Meyers. | 3.50 | 437.50 |
| 10/4/2022 | JPF | Review mayers MSJ. | 0.50 | 162.50 |
| 10/4/2022 | TAM | Print and review recent documents filed by M. Mayers. | 0.50 | 62.50 |
| 10/5/2022 | JPF | Call with Verstandig regarding deposition. | 0.20 | 65.00 |
| 10/6/2022 | JPF | Revise MSJ | 0.60 | 195.00 |
| 10/6/2022 | TAM | Motion for Summary Judgment. NO CHARGE | 0.60 | 0.00 |
| 10/10/2022 | DTP | Draft and revise motion for summary judgment against M. Mayers. NO CHARGE | 3.00 | 0.00 |
| 10/10/2022 | JPF | Work on amended scheduling order. | 0.40 | 130.00 |
| 10/14/2022 | JPF | Draft and submit line regarding consent order. | 0.20 | 65.00 |
| 10/14/2022 | JPF | Draf tline regarding scheduling order. | 0.20 | 65.00 |
| 10/17/2022 | TAM | Calendar amended scheduling order deadlines. | 0.40 | 50.00 |



McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
O 301.441.2420
F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/18/2022 | JPF | Work on summary judgment. | 1.00 | 325.00 |
| 10/26/2022 | JPF | Call with Verstandig regarding deposition. | 0.20 | 65.00 |
| 11/3/2022 | DTP | Prepare exhibits to MSJ against M. Mayers | 1.50 | 487.50 |
| 11/14/2022 | DTP | Review of motion filed by M. Mayers regarding motion to file late response to admissions | 1.50 | 487.50 |
| 11/18/2022 | DTP | Review of M. Mayer's opposition to summary judgment and exhibits | 3.00 | 975.00 |
| 11/18/2022 | DTP | Draft proposed order regarding motion for summary judgment | 0.50 | 162.50 |
| 11/18/2022 | DTP | Draft response to defendant's opposition to motion for summary judgment | 1.00 | 325.00 |
| 11/18/2022 | DTP | File and organize defendant's exhibits and opposition into MH's files | 0.50 | 162.50 |
| 11/18/2022 | JPF | Review Mayers opposition. | 0.20 | 65.00 |
| 11/28/2022 | JPF | Draft Leaphart deposition notice (0.2); draft response regarding request for admission (1.1) | 1.30 | 422.50 |
| 11/30/2022 | DTP | Draft opposition to M. Mayer's motion to extend discovery deadlines | 1.00 | 325.00 |
| 12/9/2022 | JMN | Review documents re: discovery. | 0.80 | 400.00 |
| 12/14/2022 | JPF | Call with Verstandig regarding deposition. | 0.10 | 32.50 |
| 12/22/2022 | JPF | Review summary judgment order. | 0.30 | 97.50 |
| 12/27/2022 | JPF | Call with Nesse regarding orders | 0.10 | 32.50 |
| 12/28/2022 | JPF | Call with Verstandig regarding case, scheduling order. | 0.20 | 65.00 |
| 1/5/2023 | JMN | Draft and response to show cause, review document. | 0.80 | 420.00 |
| 1/5/2023 | JPF | Confer with Nesse regarding show cause. | 0.30 | 120.00 |
| 1/9/2023 | JMN | Work on opp to show cause. | 0.50 | 262.50 |
| 1/9/2023 | JMN | Review Meyers interrogatories. | 0.50 | 262.50 |
| 1/9/2023 | JPF | Draft line regarding extension deadlines. | 0.20 | 80.00 |
| 1/9/2023 | TAM | Review files and documents for Trustee. | 0.50 | 70.00 |
| 1/11/2023 | LKE | Confer with Janet Nesse re: marital property division | 0.30 | 120.00 |
| 1/12/2023 | CMP | Research and revise response to Show Cause Order; Discuss same with Nesse | 1.10 | 467.50 |
| 1/12/2023 | TAM | Edit Response to Show Cause Order | 0.60 | 84.00 |
| 1/13/2023 | JPF | Negotiate and draft T. Leaphart settlement. | 0.70 | 280.00 |
| 1/17/2023 | JPF | Draft and e-mail new notice of deposition | 0.10 | 40.00 |
| 1/23/2023 | JMN | MalitaMeyers Work on/ research show cause. | 1.00 | 525.00 |
| 1/25/2023 | JMN | Malita Meyers - Research tax issues and supplement response. | 0.90 | 472.50 |
| 1/26/2023 | JMN | Supplement Response to Show Cause Order. | 0.50 | 262.50 |
| 1/28/2023 | JPF | Call with Verstandig regarding settlement. | 0.20 | 80.00 |
| 1/29/2023 | JPF | Revise and e-mail settlement. | 0.20 | 80.00 |



McNamee Hosea
6404 Ivy Lane, Suite 820   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

| | | | | |
|---|---|---|---|---|
| 1/30/2023 | JMN | Outline Leaphart 9019. | 0.50 | 262.50 |
| 1/31/2023 | JPF | Draft 9019 | 0.40 | 160.00 |
| 2/1/2023 | JMN | Draft answers to interrogatories. | 1.50 | 787.50 |
| 2/1/2023 | JPF | Call with M. Mayers. | 0.30 | 120.00 |
| 2/13/2023 | JMN | Follow up MV. | 0.20 | 105.00 |
| 2/13/2023 | JMN | Work on interrogatories responses (Meyers) and review Leaphart settlement. | 0.40 | 210.00 |
| 2/14/2023 | JPF | Review and revise settlement motion, call Verstandig regarding same. | 0.20 | 80.00 |
| 2/15/2023 | TAM | Calendar hearing. | 0.20 | 28.00 |
| 2/16/2023 | JMN | Follow up MV re: settlement. | 0.20 | 105.00 |
| 2/20/2023 | JMN | Work on interrogatores and follwo up Malita Mayers. | 0.80 | 420.00 |
| 2/22/2023 | TAM | Post deposit. NO CHARGE | 0.40 | 0.00 |
| 2/24/2023 | CSM | Stuff and Mailed Envelopes re: Notice of Motion for Approval of Compromise of Controversy Pursuant | 0.20 | 28.00 |
| 2/24/2023 | JPF | Work on Leaphart 9019. | 0.20 | 80.00 |
| 2/27/2023 | JPF | Work on Mayers witness/ exhibit list. | 0.30 | 120.00 |
| 2/27/2023 | TAM | Scan and email response to interrogatories to M. Mayers. | 0.30 | 42.00 |
| 3/2/2023 | TAM | Edit and file Certificate of Service Interrogatories. | 0.70 | 98.00 |
| 3/2/2023 | TAM | Email to M. Mayers regarding options. | 0.20 | 28.00 |
| 3/6/2023 | CSM | Pulled 2011 Corrective and Confirmatory Deed from MD Land Records | 0.10 | 14.00 |
| 3/6/2023 | CSM | Scan Exhibits 1 -6 to system | 0.20 | 28.00 |
| 3/6/2023 | JMN | Prepare Mayers exhibits and witness list, review all of her documents and send M. Mayers emal re: mediation and status conference. | 4.20 | 2205.00 |
| 3/6/2023 | TAM | Edit, file, email and mail Exhibit/Witness List (Mayers). | 0.80 | 112.00 |
| 3/7/2023 | CSM | Prepared and FedEx to Malita Mayers Tracking Number 7714 9297 5030. NO CHARGE | 0.20 | 0.00 |
| 3/7/2023 | CSM | Drafted Line requesting Status Conference for attorney review | 0.20 | 28.00 |
| 3/8/2023 | CSM | Line Requesting Remote Status Conference.030823.pdf EFILED | 0.10 | 14.00 |
| 3/9/2023 | JMN | Emails with M. Mayers and review of all pleadings. | 0.70 | 367.50 |
| 3/16/2023 | CSM | Prepare/Efile and Mail. Objection to Defendant's Exhibits.pdf | 0.30 | 42.00 |
| 3/16/2023 | JMN | Draft objection and opposition. | 2.00 | 1050.00 |
| 4/27/2023 | JMN | Prepare for and attend conference on mediation. | 0.50 | 262.50 |
| 5/8/2023 | JMN | Mediation Scheduling Conference. | 1.20 | 630.00 |
| 5/22/2023 | JMN | Prepare for and attend mediation. | 3.00 | 1575.00 |
| 5/22/2023 | JPF | Draft Mayers settlement, 9019. | 0.70 | 280.00 |



McNamee Hosea
6404 Ivy Lane, Suite 820   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

| | | | | |
|---|---|---|---|---|
| 5/26/2023 | JMN | Draft term emal to TJC and MW. | 0.30 | 157.50 |
| 5/26/2023 | JMN | Outline settlement document. | 1.10 | 577.50 |
| 5/30/2023 | JPF | E-mail regarding settlement. | 0.10 | 40.00 |
| 6/28/2023 | TAM | Post deposit. NO CHARGE | 0.50 | 0.00 |
| 7/5/2023 | CSM | Prepare Labels and Envelopes. Mailing of Notice of Appln to Compromise Controvery w/Malita Mayers | 0.40 | 56.00 |
| 7/5/2023 | JPF | Revise and file 9019 (0.5); draft trustee deed (0.5). | 1.00 | 400.00 |
| 8/2/2023 | JPF | Review order, revise and e-mail deed. | 0.20 | 80.00 |
| | | | Sub-total Fees: | $61,157.00 |

**Expenses** | | | | Amount
|---|---|---|---|---|
| 08/31/2021 | | PACER Search Fee | | 0.10 |
| 10/19/2021 | | Deposition Costs | | 394.00 |
| 10/19/2021 | | Deposition Costs | | 584.15 |
| 11/03/2021 | | Process Service - Invoice Payment #1595389 | | 356.32 |
| 12/21/2021 | | Deposition Costs | | 362.00 |
| 01/19/2022 | | Mobile Video Conference Services (Traci Leaphart) | | 295.00 |
| 01/19/2022 | | Transcript Services (Traci Leaphart) | | 413.90 |
| 03/01/2022 | | Transcript Services (Traci Leaphart) - Invoice: 459120 | | 318.61 |
| 03/07/2023 | | FedEx | | 21.67 |
| 03/08/2023 | | Mileage | | 1.31 |
| | | Copies | | 124.00 |
| | | Postage | | 53.37 |
| | | Prints - BW | | 114.30 |
| | | | Sub-total Expenses: | $3,038.73 |

| | |
|---|---:|
| Previous Balance Due: | $0.00 |
| Total Current Fees: | $61,157.00 |
| Total Current Expenses: | $3,038.73 |
| Interest on Past Due Balance: | $0.00 |
| Total Current Billing: | $64,195.73 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$64,195.73** |

***Thank You!***
Terms:  Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/payments to pay online**
**We accept VISA, MasterCard, Discover, American Express and ACH (bank to bank) payments.**