# PRE-BILL

Closing Date: 01/31/2025

On demand                                  Same as fees

**Janet M. Nesse**
**6411 Ivy Lane, Suite 200**
**Greenbelt, MD 20770**

Notes: Trustee Matter
Scott, Byron Desean

| | |
|---|---|
| Matter ID: | 16898-0348 |
| Opened: | 07/28/2021 |
| Status: | Open |
| Partner in Charge: | JMN |
| Originating: | JMN |
| Staff: | TAM |
| First Reviewer: | JMN |

| **Fees** | | | | | **Hours** | **Rate** | **Billable Amount** |
|---|---|---|---|---|---|---|---|
| 08/03/2023 | 2638355 | Drft | JPF | Work on fee application. | 0.80 | 400.00 | 320.00 |
| 08/04/2023 | 2638876 | Drft | JPF | Work on fee application. | 1.10 | 400.00 | 440.00 |
| 08/08/2023 | 2639589 | Drft | JPF | Work on fee application. | 0.70 | 400.00 | 280.00 |
| 08/09/2023 | 2646294 | Work | JMN | Review fee application, final report and deed. | 1.20 | 525.00 | 630.00 |
| 08/09/2023 | 2639879 | Drft | JPF | Work on fee application, deed. | 0.50 | 400.00 | 200.00 |
| 08/09/2023 | 2646295 | Work | TAM | Draft TFR. | 1.50 | 140.00 | 210.00 |
| 08/31/2023 | 2647207 | Work | TAM | Work on TFR. | 1.30 | 140.00 | 182.00 |
| 09/21/2023 | 2653865 | Admin | CSM | Prepare Opposition to MFR. ECF regarding 21-12882.Scott-Opposition to Lift Stay -4412 Douglas Lane, Washington DC 20019.pdf | 0.30 | 140.00 | 42.00 |
| 09/21/2023 | 2667345 | Work | JMN | MFR, response and request. | 1.10 | 525.00 | 577.50 |
| 09/21/2023 | 2656775 | Rev | JPF | Review MFR and confer with NEsse thereon. | 0.20 | 400.00 | 80.00 |
| 10/09/2023 | 2666891 | Work | JMN | Review closing documents and analyze; sale issues. | 0.60 | 525.00 | 315.00 |
| 10/20/2023 | 2664232 | Drft | JPF | E-mail to Verstandig regarding 363h | 0.10 | 400.00 | 40.00 |
| 10/26/2023 | 2665502 | Admin | CSM | Download copy of Court Docket for Audit Review | 0.10 | 140.00 | 14.00 |
| 02/16/2024 | 2703912 | TC | JPF | Call with Scott | 0.20 | 400.00 | 80.00 |
| 12/16/2024 | 2803340 | Work | JMN | Work on fee application. | 0.50 | 525.00 | 262.50 |
| 01/22/2025 | 2809059 | Work | TAM | Speak to Trustee re: TFR and bank balance. | 0.40 | 140.00 | 56.00 |
| 01/27/2025 | 2811301 | Rev | JPF | Review TFR | 0.10 | 400.00 | 40.00 |
| 01/27/2025 | 2810367 | Work | TAM | Work on TFR. | 1.00 | 140.00 | 140.00 |
| 01/28/2025 | 2811184 | E | JPF | Review TFR, confer with Nesse. | 0.20 | 400.00 | 80.00 |

**PRE-BILL**  16898-0348 / Scott, Byron Desean
Scott, Byron Desean

|  |  |
|---|---|
| Sub-total Fees: | $3,989.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Justin P. Fasano | 3.90 hours at $400.00/hr | 1,560.00 | |
| Theresa A. Mackey | 4.20 hours at $140.00/hr | 588.00 | |
| Cynthia Martin | 0.40 hours at $140.00/hr | 56.00 | |
| Janet M. Nesse | 3.40 hours at $525.00/hr | 1,785.00 | |
| | Total hours: | 11.90 | |

**Expenses** | | | | Amount |
|---|---|---|---|
| | Ex | Postage | 0.63 |
| | Ex | Prints - BW | 3.00 |
| 08/09/2023 | Ex | FedEx | 17.16 |
| | | Sub-total Expenses: | $20.79 |

**Payments**

| | | | |
|---|---|---|---|
| 11/15/2024 | Payment | cash receipts | 11,847.50 |
| | | Sub-total Payments: | $11,847.50 |

| | |
|---|---|
| Total Current Billing: | $4,009.79 |
| Previous Balance Due: | $64,195.73 |
| Escrow Balance: $0.00 | **Total Now Due:** | **$56,881.50** |

| Current | Over 30 | Over 60 | Over 90 |
|---|---|---|---|
| | | | $52,348.23 |

Initials:

_____ Apply Escrow     _____ Bill As Is     _____ Bill Flat Fee     _____ Update to Email

_____ Bill with Edits     _____ On Hold     _____ Bill Cost Only     _____ Email Address