**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-12882-LSS |
| BYRON DESEAN SCOTT, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**SUMMARY SHEET FOR FIRST AND FINAL APPLICATION FOR APPROVAL**
**OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A.**
**FOR JULY 30, 2021 THROUGH JANUARY 31, 2025**

TO THE HONORABLE LORI S. SIMPSON, BANKRUPTCY JUDGE:

COMES NOW McNamee Hosea, P.A. ("MH"), counsel for Janet M. Nesse, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Byron Desean Scott ("Debtor") and submits this Summary Sheet in support of its First and Final Application for Approval of Compensation and Expenses of McNamee Hosea, P.A., for July 30, 2021 through January 31, 2025 ("Application"), as follows:

**NAME OF APPLICANT:**            McNamee Hosea, P.A.

**ROLE IN CASE:**                 Counsel to the Chapter 7 Trustee

**FEES PREVIOUSLY REQUESTED:**    0

**FEES PREVIOUSLY AWARDED:**      0

**EXPENSES PREVIOUSLY REQUESTED:** 0

**EXPENSES PREVIOUSLY AWARDED:**  0

**FEES REQUESTED HEREIN:**        $10,000.00

**EXPENSES REQUESTED HEREIN:**    $3,059.52

**SUMMARY OF TIME SPENT BY MCNAMEE HOSEA P.A. FROM
FOR JULY 30, 2021 THROUGH JANUARY 31, 2025**

| POSITION | NAME OF PROFESSIONALS | HOURS BILLED | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|
| Principal | Janet M. Nesse | 24.2 | $525.00 | $12,705.00 |
| Principal | Janet M. Nesse | 29.3 | $500.00 | $14,650.00 |
| Principal | Janet M. Nesse | 0.7 | $0.00 | $0.00 |
| Principal | Justin P. Fasano | 9.9 | $400.00 | $3,960.00 |
| Principal | Justin P. Fasano | 16.4 | $325.00 | $5,330.00 |
| Principal | Justin P. Fasano | 0.7 | $0.00 | $0.00 |
| Principal | Craig M. Palik | 1.1 | $425.00 | $467.50 |
| Principal | Lindsey K. Erdman | 0.3 | $400.00 | $120.00 |
| Associate | Thuc-Doan Phan | 74.2 | $325.00 | $24,115.00 |
| Associate | Thuc-Doan Phan | 37.5 | $0.00 | $0.00 |
| Paralegal | Theresa A. Mackey | 7.5 | $140.00 | $1,050.00 |
| Paralegal | Theresa A. Mackey | 17.3 | $125.00 | $2,162.50 |
| Paralegal | Theresa A. Mackey | 6.5 | $0.00 | $0.00 |
| Paralegal | HAL | 3.2 | $100.00 | $320.00 |
| Paralegal | Cynthia Martin | 1.9 | $140.00 | $266.00 |
| Paralegal | Cynthia Martin | 0.2 | $0.00 | $0.00 |
| **Subtotal** | | | | $65,146.00 |
| **Less Discount** | | | | $55,146.00 |
| **Total** | | 230.9 | | $10,000.00 |

**Total Fee: $10,000.00**
**Average Hourly Rate: $43.31**

**SUMMARY OF EXPENSES**

| Expense | Amount |
|---|---|
| PACER Search Fee | $0.10 |
| Deposition Costs | $1,340.15 |
| Process Service | $356.32 |
| Transcript Services | $732.51 |
| Mobile Video Conference Services | $295.00 |
| FedEx | $38.83 |
| Mileage | $1.31 |

3

| | |
|---|---:|
| Copies | **$124.00** |
| Postage | **$54.00** |
| Prints - BW | **$117.30** |
| **Total** | **$3,059.52** |

Date: February 19, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Janet M. Nesse
　　　　　　　　　　　　　　　　　　Janet M. Nesse (#07804)
　　　　　　　　　　　　　　　　　　McNamee, Hosea, P.A.
　　　　　　　　　　　　　　　　　　6404 Ivy Lane, Suite 820
　　　　　　　　　　　　　　　　　　Greenbelt, Maryland 20770
　　　　　　　　　　　　　　　　　　(301) 441-2420
　　　　　　　　　　　　　　　　　　jnesse@mhlawyers.com
　　　　　　　　　　　　　　　　　　*Counsel for the Chapter 7 Trustee*