**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-12882-LSS |
| BYRON DESEAN SCOTT, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF FIRST AND FINAL APPLICATION FOR APPROVAL OF**
**COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A.**
**FOR JULY 30, 2021 THROUGH JANUARY 31, 2025**

    **PLEASE TAKE NOTICE** that McNamee Hosea, P.A. ("MH") has filed a First and Final Application for Approval of Compensation for July 30, 2021 through January 31, 2025 ("Application"). The Application seeks fees for MH in the amount of $10,000.00 and reimbursement of expenses in the amount of $3,059.52. A copy of the Application will be mailed to any party who requests one from the undersigned.

    **PLEASE TAKE NOTICE** that if you intend to object to the Application, you must, within 21 days after the filing of this Notice, file and serve a written objection to the Application together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD, 20770 and served (by delivery or by mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

    **IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Date: February 19, 2025

                                                                                       Respectfully submitted,

                                                                                      /s/ Janet M. Nesse
                                                                                       Janet M. Nesse (#07804)
                                                                                       McNamee, Hosea, P.A.
                                                                                       6404 Ivy Lane, Suite 820
                                                                                       Greenbelt, Maryland 20770
                                                                                       (301) 441-2420
                                                                                       jnesse@mhlawyers.com
                                                                                       *Counsel for the Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2025, I served a copy of the foregoing Notice of First and Final Application for Approval of Compensation of McNamee Hosea, P.A. for July 30, 2021 through January 31, 2025, and Notice of Opportunity to Object, via ECF to the attorneys listed below.

- Gregory Christopher Mullen bankruptcy@bww-law.com  gregory.c.mullen@gmail.com
- Keith R. Havens Keith.R.Havens@HavensLawFirm.com Madeline.Reed@HavensLawFirm.com
- Leah Christina Freedman bankruptcy@bww-law.com leah.freedman@bww-law.com
- Lynn A. Kohen lynn.a.kohen@usdoj.gov
- Maurice Belmont VerStandig mac@mbvesq.com lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com
- Robert Grossbart robert@grossbartlaw.com debra@grossbartlaw.com
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

I hereby certify that on February 19, 2025, I served a copy of the foregoing Notice of First and Final Application for Approval of Compensation of McNamee Hosea, P.A. for July 30, 2021 through January 31, 2025, and Notice of Opportunity to Object, via first class mail, postage prepaid upon all creditors on the attached mailing matrix, and the parties listed below:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Byron Desean Scott
8959 Armor Ct.
White Plains, MD 20695

                                            /s/ Janet M. Nesse
                                            Janet M. Nesse