Label Matrix for local noticing
0416-0
Case 21-12882
District of Maryland
Greenbelt
Wed Feb 19 14:48:03 EST 2025

Deutsche Bank National Trust Company, as Tru
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

Oliphant Financial, LLC
Bass & Associates P.C.
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712-1083

TowneBank, serviced by LoanCare, LLC
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

US Trustee - Greenbelt 11
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

AmerAssist
PO Box 26095
Columbus, OH 43226-0095

(p)SELF INC
901 E 6TH STREET SUITE 400
AUSTIN TX 78702-3239

Browne Academy
5917 Telegraph Road
Alexandria, VA 22310-2298

Capital One Bank
6125 Lakeview Road, Suite 800
Charlotte, NC 28269-2605

Castle Self Storage
4585 Crain Highway
White Plains, MD 20695-3045

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Ethics Integrity Results
1806 33rd Street, Suite 180
Orlando, FL 32839-8846

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lolita Homer
5814 4th Street NW
Washington, DC 20011-2131

Malita Mayers
8959 Armor Ct.
White Plains, MD 20695-4404

Newbridge Spine and Pain Center
196 Thomas Johnson Drive, Suite 215
Frederick, MD 21702-4527

Portfolio Recovery LLC
PO Box 12914
Norfolk, VA 23541-0914

Pro Co
PO Box 2462
Aston, PA 19014-0462

Regional Acceptance Corp.
1424 E. Fire Tower Road
Tempe, AZ 2858

Rushmore Service Center
PO Box 5508
Sioux Falls, SD 57117

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Taxing Authority of
Charles County-Treasurer
PO Box 2150
La Plata, MD 20646-2150

The Bank of Missouri
PO Box 85710
Sioux Falls, SD 57118-5710

Transworld Systems Inc.
50 Virginia Drive, Suite 514
Fort Washington, PA 19034

University of Maryland Charles Regional Medi
5 Garrett Avenue
La Plata, MD 20646-5960

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Virginia Heart
2901 Telestar Court, Suite 300
Falls Church, VA 22042-1263

Byron Desean Scott
8959 Armor Ct.
White Plains, MD 20695-4404

Janet M. Nesse
McNamee Hosea
6404 Ivy Lane
Ste 820
Greenbelt, MD 20770-1416

Lolita D. Homer
c/o Havens & Associates, LLC
2401 Research Boulevard
Suite 308
Rockville, MD 20850-6253

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Atlantic Cap BK Self Lender
515 Congress Ave, Suite 2200
Austin, TX 78701

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

| End of Label Matrix | |
|---|---|
| Mailable recipients | 31 |
| Bypassed recipients | 0 |
| Total | 31 |