Entered: March 19th, 2025
Signed: March 18th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE:<br>SCOTT, BYRON DESEAN<br><br>**Debtor(s)** | Case No. 21-12882-LSS<br><br>CHAPTER 7 |

### ORDER APPROVING
### TRUSTEE'S COMPENSATION AND REIMBURSEMENT OF EXPENSES

Before the Court for consideration are the following applications for compensation and expenses (the "Applications") filed herein by:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Janet M. Nesse<br>Trustee's Compensation | $3,750.00 | $0.00 |

It appearing to the Court that notice of the Applications was duly given to all parties in interest, that no objection to the Applications was filed timely, that the Applications have been reviewed by the United States Trustee, and that the Applications should be approved, it is hereby, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the compensation and expenses as hereinabove set out be allowed in the amounts requested in the Applications.

**COPIES TO:**

Janet M. Nesse
Chapter 7 Trustee
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770

Jeanette Rice, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20877

***END OF ORDER***