Entered: March 19th, 2025
Signed: March 18th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-12882-LSS |
| BYRON DESEAN SCOTT, ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR JULY 30, 2021 THROUGH JANUARY 31, 2025**

This matter came before the Court on the First and Final Application for Approval of Compensation of McNamee Hosea, P.A. ("MH") for July 30, 2021 through January 31, 2025 ("Application"). Having reviewed the Application, the Court is satisfied that the services provided by MH in its representation of Janet M. Nesse, the Chapter 7 trustee ("Trustee"), were important, necessary, valuable and reasonable. It is, therefore, hereby:

**ORDERED** that the Application is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that MH shall have an allowed administrative expense in this case in the amount of $10,000.00 for legal fees and $3,059.52 for expenses incurred, for a total amount of $13,059.52; and it is

**FURTHER ORDERED** that the Trustee is authorized to pay MH $10,000.00 for legal fees and $3,059.52 for expenses incurred.

Copies to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Byron Desean Scott
8959 Armor Ct.
White Plains, MD 20695

Janet M. Nesse, Esq. jnesse@mhlawyers.com

Gregory Christopher Mullen bankruptcy@bww-law.com gregory.c.mullen@gmail.com

Keith R. Havens Keith.R.Havens@HavensLawFirm.com Madeline.Reed@HavensLawFirm.com

Leah Christina Freedman bankruptcy@bww-law.com leah.freedman@bww-law.com

Lynn A. Kohen lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig mac@mbvesq.com lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com

Robert Grossbart robert@grossbartlaw.com debra@grossbartlaw.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

**END OF ORDER**