United States Bankruptcy Court
District of Maryland

In re:  Case No. 21-12882-LSS
Byron Desean Scott  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: pdfall | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Jeanette.Rice@usdoj.gov | Mar 19 2025 19:25:00 | Jeanette Rice, Esq., Assistant U.S. Trustee, Office of the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20877 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory Christopher Mullen | bankruptcy@bww-law.com gregory.c.mullen@gmail.com |
| Janet M. Nesse | jnesse@mhlawyers.com<br>jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Keith R. Havens | Keith.R.Havens@HavensLawFirm.com Madeline.Reed@HavensLawFirm.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Mar 19, 2025 | Form ID: pdfall | Total Noticed: 1

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com bankruptcy@bww-law.com

Robert Grossbart
    robert@grossbartlaw.com debra@grossbartlaw.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 9



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

| IN RE:<br>SCOTT, BYRON DESEAN<br><br>Debtor(s) | Case No. 21-12882-LSS<br><br>CHAPTER 7 |
|---|---|

## ORDER APPROVING
## TRUSTEE'S COMPENSATION AND REIMBURSEMENT OF EXPENSES

Before the Court for consideration are the following applications for compensation and expenses (the "Applications") filed herein by:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Janet M. Nesse<br>Trustee's Compensation | $3,750.00 | $0.00 |

It appearing to the Court that notice of the Applications was duly given to all parties in interest, that no objection to the Applications was filed timely, that the Applications have been reviewed by the United States Trustee, and that the Applications should be approved, it is hereby, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the compensation and expenses as hereinabove set out be allowed in the amounts requested in the Applications.

**COPIES TO:**

Janet M. Nesse
Chapter 7 Trustee
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770

Jeanette Rice, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20877

**\*\*\*END OF ORDER\*\*\***