United States Bankruptcy Court
District of Maryland

In re:     Case No. 21-12882-LSS
Byron Desean Scott     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Mar 19, 2025     Form ID: pdfall     Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Byron Desean Scott, 8959 Armor Ct., White Plains, MD 20695-4404 |
| | + | Leah Christina Freedman, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Mar 19 2025 19:26:00 | Office of the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory Christopher Mullen | bankruptcy@bww-law.com gregory.c.mullen@gmail.com |
| Janet M. Nesse | jnesse@mhlawyers.com jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.co |

District/off: 0416-0        User: admin        Page 2 of 2
Date Rcvd: Mar 19, 2025        Form ID: pdfall        Total Noticed: 3

m,kfeig@mhlawyers.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Keith R. Havens

Keith.R.Havens@HavensLawFirm.com  Madeline.Reed@HavensLawFirm.com

Lynn A. Kohen

lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Nikita Rajendra Joshi

Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Robert Grossbart

robert@grossbartlaw.com  debra@grossbartlaw.com

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 9

Entered: March 19th, 2025
Signed: March 18th, 2025
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-12882-LSS |
| BYRON DESEAN SCOTT, ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR JULY 30, 2021 THROUGH JANUARY 31, 2025**

This matter came before the Court on the First and Final Application for Approval of Compensation of McNamee Hosea, P.A. ("MH") for July 30, 2021 through January 31, 2025 ("Application"). Having reviewed the Application, the Court is satisfied that the services provided by MH in its representation of Janet M. Nesse, the Chapter 7 trustee ("Trustee"), were important, necessary, valuable and reasonable. It is, therefore, hereby:

**ORDERED** that the Application is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that MH shall have an allowed administrative expense in this case in the amount of $10,000.00 for legal fees and $3,059.52 for expenses incurred, for a total amount of $13,059.52; and it is

**FURTHER ORDERED** that the Trustee is authorized to pay MH $10,000.00 for legal fees and $3,059.52 for expenses incurred.

Copies to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Byron Desean Scott
8959 Armor Ct.
White Plains, MD 20695

Janet M. Nesse, Esq. jnesse@mhlawyers.com

Gregory Christopher Mullen bankruptcy@bww-law.com  gregory.c.mullen@gmail.com

Keith R. Havens Keith.R.Havens@HavensLawFirm.com Madeline.Reed@HavensLawFirm.com

Leah Christina Freedman bankruptcy@bww-law.com leah.freedman@bww-law.com

Lynn A. Kohen lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig mac@mbvesq.com lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com

Robert Grossbart robert@grossbartlaw.com debra@grossbartlaw.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

**END OF ORDER**