UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Byron Desean Scott | § | Case No. 21-12882 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janet M. Nesse Ch 7, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 443,855.93 *(Without deducting any secured claims)* | Assets Exempt: 26,450.00 |
| Total Distributions to Claimants: 12,735.05 | Claims Discharged Without Payment: 880,751.42 |
| Total Expenses of Administration: 17,264.95 | |

3) Total gross receipts of $30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $389,490.05 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,264.95 | 17,264.95 | 17,264.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 256,288.12 | 247,708.30 | 247,708.30 | 12,735.05 |
| **TOTAL DISBURSEMENTS** | $645,778.17 | $264,973.25 | $264,973.25 | $30,000.00 |

4) This case was originally filed under chapter 7 on 04/29/2021. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2025            By:/s/Janet M. Nesse Ch 7
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance Action Claims | 1249-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Select Portfolio Servicing, Inc. | | 389,490.05 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$389,490.05** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet M. Nesse | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| Janet M. Nesse | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Insurance Partners | 2300-000 | NA | 6.27 | 6.27 | 6.27 |
| SelbertKecsur Insurance Partners | 2300-000 | NA | 15.62 | 15.62 | 15.62 |
| Axos Bank | 2600-000 | NA | 433.54 | 433.54 | 433.54 |
| McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | 3110-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | 3120-000 | NA | 3,059.52 | 3,059.52 | 3,059.52 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $17,264.95 | $17,264.95 | $17,264.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $NA | $NA | $NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atlantic Cap BK Self Lender | | 671.00 | NA | NA | 0.00 |
| | Browne Academy | | 3,835.00 | NA | NA | 0.00 |
| | Capital One Bank | | 394.79 | NA | NA | 0.00 |
| | Castle Self Storage | | 391.00 | NA | NA | 0.00 |
| | First Premier Bank | | 566.29 | NA | NA | 0.00 |
| | Lolita Homer | | 250,000.00 | NA | NA | 0.00 |
| | Newbridge Spine and Pain Center | | 57.78 | NA | NA | 0.00 |
| | Regional Acceptance Corp | | 1.00 | NA | NA | 0.00 |
| | The Bank of Missouri | | 1.00 | NA | NA | 0.00 |
| | University of Maryland Charles Regional Medical Ctr | | 208.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Virginia Heart |  | 161.30 | NA | NA | 0.00 |
| 3 | Comptroller of the Treasury | 7100-000 | NA | 21,423.00 | 21,423.00 | 1,101.39 |
| 1 | Lolita Homer | 7100-000 | NA | 225,131.37 | 225,131.37 | 11,574.34 |
| 2 | Lvnv Funding, Llc | 7100-000 | NA | 908.36 | 908.36 | 46.70 |
| 4 | Verizon | 7100-000 | NA | 245.57 | 245.57 | 12.62 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $256,288.12 | $247,708.30 | $247,708.30 | $12,735.05 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 21-12882 | LSS | Judge: | Lori S. Simpson | Trustee Name: | Janet M. Nesse Ch 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Byron Desean Scott | | | | Date Filed (f) or Converted (c): | 04/29/2021 (f) |
| | | | | | 341(a) Meeting Date: | 06/08/2021 |
| For Period Ending: | 05/02/2025 | | | | Claims Bar Date: | 10/26/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  8959 Armor Ct. White Plains MD 20695 Charles County | 461,580.00 | 0.00 | | 0.00 | FA |
| 2.  Miscellaneous Household furniture that includes bedroom, living and dining furniture | 500.00 | 0.00 | | 0.00 | FA |
| 3.  55 inch TV, 65 inch TV | 500.00 | 0.00 | | 0.00 | FA |
| 4.  Everyday Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5.  Checking account: Navy Federal Credit Union Account No. 0450 | 5,206.93 | 5,206.93 | | 0.00 | FA |
| 6.  Savings account: Navy Federal Credit Union Account No. 0761 | 2,219.00 | 2,219.00 | | 0.00 | FA |
| 7.  Unscheduled Savings Account (u) | 0.00 | 128,000.00 | | 0.00 | FA |
| 8.  Avoidance Action Claims (u) | 0.00 | 10,000.00 | | 30,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $470,305.93 | $145,425.93 | | $30,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

no Post petition asset; ready to close  - theresamackey 6/20/2024
Possible new asset discovered - theresamackey 10/1/2023
Upon receipt  of order approving 341, case will be closed  - theresamackey 7/15/2023
Mayers case closed; 9019 pending  - theresamackey 7/10/2023
Leaphart case closed  - theresamackey 4/19/2023
Mayers Adversary case pending  - theresamackey 4/10/2023
Adversary case pending Leaphart  - theresamackey 2/24/2023
Suits and discovery filed  - theresamackey 4/14/2022
Trustee is pursuing unscheduled assets and house sale  - theresamackey 7/28/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 21-12882 | | Trustee Name: | Janet M. Nesse Ch 7 |
| Case Name: | Byron Desean Scott | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0952 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX8850 | | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 05/02/2025 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/22/23 | 8 | The Verstanding Law Firm Attorney Trust Account | Settlement Fraudulent Conveyance | 1249-000 | $10,000.00 | | $10,000.00 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.04 | $9,988.96 |
| 04/27/23 | 2001 | Insurance Partners 2950 West Market Street Akron, OH 44333 | 2023 Bond Payment | 2300-000 | | $6.27 | $9,982.69 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.67 | $9,972.02 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.01 | $9,961.01 |
| 06/28/23 | 8 | Malita Mayers 514 Triggerfish Drive Oxon Hill, MD 20745 | Settlement of Adversary Case | 1249-000 | $20,000.00 | | $29,961.01 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.78 | $29,948.23 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.07 | $29,915.16 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.03 | $29,882.13 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.93 | $29,850.20 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.96 | $29,817.24 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.86 | $29,785.38 |

Page Subtotals: $30,000.00   $214.62

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 21-12882 | Trustee Name: | Janet M. Nesse Ch 7 |
|---|---|---|---|
| Case Name: | Byron Desean Scott | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0952 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8850 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 05/02/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.89 | $29,752.49 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.85 | $29,719.64 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.70 | $29,688.94 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.78 | $29,656.16 |
| 04/02/24 | 2002 | SelbertKecsur Insurance Partners 26865 Center Ridge Road Westlake, OH 44145 | Bond Payment 2024 | 2300-000 | | $15.62 | $29,640.54 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.68 | $29,608.86 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.69 | $29,576.17 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.60 | $29,544.57 |
| 03/19/25 | 2003 | Janet M. Nesse MCNAMEE HOSEA 6404 IVY LANE STE 820 GREENBELT, MD 20770 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2100-000 | | $3,750.00 | $25,794.57 |
| 03/19/25 | 2004 | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | Distribution | | | $13,059.52 | $12,735.05 |
| | | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. ($10,000.00) | 3110-000 | | | |

| | | | Page Subtotals: | | $0.00 | $17,050.33 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 21-12882  
Case Name: Byron Desean Scott  
Taxpayer ID No: XX-XXX8850  
For Period Ending: 05/02/2025  

Trustee Name: Janet M. Nesse Ch 7  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0952  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. ($3,059.52) | 3120-000 | | | |
| 03/19/25 | 2005 | Lolita Homer<br>5814 4Th Street Nw<br>Washington, Dc 20011 | Final distribution to claim 1 creditor account # representing a payment of 5.14% per court order. | 7100-000 | | $11,574.34 | $1,160.71 |
| 03/19/25 | 2006 | Lvnv Funding, Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 2 creditor account # representing a payment of 5.14% per court order. | 7100-000 | | $46.70 | $1,114.01 |
| 03/19/25 | 2007 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD  21201 | Final distribution to claim 3 creditor account # representing a payment of 5.14% per court order. | 7100-000 | | $1,101.39 | $12.62 |
| 03/19/25 | 2008 | Verizon<br>By American Infosource As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 4 creditor account # representing a payment of 5.14% per court order. | 7100-000 | | $12.62 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $30,000.00 |

Page Subtotals:   $0.00   $12,735.05

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0952 - Checking | $30,000.00 | $30,000.00 | $0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Page Subtotals: $0.00 $0.00